IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>    Dennis E. Hecker,<br><br>               Debtor.<br>_____<br>Mackall, Crounse & Moore, PLC,<br><br>               Plaintiff,<br><br>    vs.<br><br>Dennis e. Hecker; Chrysler Financial Services Americas LLC; Toyota Motor Credit Corporation; Toyota Financial Savings Bank; Inver Grove Motors, LLC d/b/a Denny Hecker's Inver Grove Toyota; Jacob Holdings of Highway 110 LLC; Jacob Holdings of Akron Avenue, LLC; and Randall Seaver,<br><br>               Defendants. | **Bankruptcy Case No.** 09-50779<br>**Chapter 7**<br><br>The Honorable Robert J. Kressel<br><br>**Adversary No. 10-05015** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### **NOTICE OF MOTION TO INTERVENE AS A DEFENDANT IN THE ABOVE ENTITLED MATTER**

TO:    ALL PARTIES OF INTEREST:

    1.    Cornerstone Bank, Cornerstone Holding Company, Inc., and Blackstone Financial, LLC, hereinafter jointly and severally referred to as "CornerStone", by its attorney of record, moves the Court for the relief requested below and gives this notice of hearing:

    2.    The Court will hold a hearing on this motion at 2:00 p.m. on May 12, 2010 before the Honorable Judge Robert J. Kressel in Courtroom No. 8W United States Bankruptcy Court, 300 South Fourth Street, Minneapolis, Minnesota.

1

3. Any response to this motion must be delivered and filed no later than May 7, 2010 which is three days before the time set for the hearing (excluding Saturdays, Sundays and holidays) or filed and served by mail no later than May 3, 2010, which is seven days before the date set for hearing (excluding Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT HEARING.

4. CornerStone respectfully requests to interplead to be a Defendant in the above entitled matter pursuant to recent motion filed by Mackall, Crounse & Moore, PLC. CornerStone is a party of interest in the proceeds held in trust by Mackall, Crounse & Moore. CornerStone asserts that its security interest in the Debtor's general intangibles extends to all funds the Trustee may receive from the sale of Denny Hecker's interest in Inver Grove Motors, LLC, d/b/a Denny Hecker's Inver Grove Toyota; Jacob Holdings of Highway 110 LLC; and Jacob Holdings of Akron Avenue, LLC.

5. For the reasons asserted in the accompanying brief, CornerStone Bank respectfully requests to interplead in the above entitled matter.

Dated this 23rd day of April, 2010.

/s/ Brad A. Sinclair
Brad A. Sinclair (#0161652), of
SERKLAND LAW FIRM
10 Roberts Street
PO Box 6017
Fargo, ND 58108-6017
(701) 232-8957
**ATTORNEYS FOR CORNERSTONE BANK CORNERSTONE HOLDING COMPANY, INC., AND BLACKSTONE FINANCIAL, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: ) | **Bankruptcy Case No.** 09-50779 |
| Dennis E. Hecker, ) | **Chapter 7** |
| Debtor. ) | The Honorable Robert J. Kressel |
| ———————————————— ) | |
| Mackall, Crounse & Moore, PLC, ) | **Adversary No. 10-05015** |
| Plaintiff, ) | |
| vs. ) | |
| Dennis e. Hecker; Chrysler Financial ) Services Americas LLC; Toyota Motor ) Credit Corporation; Toyota Financial ) Savings Bank; Inver Grove Motors, ) LLC d/b/a Denny Hecker's Inver Grove ) Toyota; Jacob Holdings of Highway ) 110 LLC; Jacob Holdings of Akron ) Avenue, LLC; and Randall Seaver, ) | |
| Defendants. ) | |

## **MOTION TO INTERVENE AS A DEFENDANT**

CornerStone Bank, CornerStone Holding Company, Inc., and Blackstone Financial, LLC, hereinafter jointly and severally referred to as "CornerStone", hereby moves the court for leave to intervene as a Defendant in the above entitled matter in order to assert an interest in the proceeds being held by Mackall, Crounse & Moore, PLC, as more fully set forth in the proposed answer of CornerStone, a copy of which is attached hereto as <u>Exhibit A</u>.

Pursuant to Federal Rules of Civil Procedure Rule 24 and all other applicable Federal and Bankruptcy Code Rules, the Court is to permit CornerStone to intervene in the present litigation since CornerStone claims an interest relating to property or a

1

transaction that is the subject of the present action and since the disposition of the same may impair or impede CornerStone's ability to protect its interests unless CornerStone is otherwise allowed to intervene.

Dated this 22 day of April, 2010.

Brad A. Sinclair (#0161652), of
SERKLAND LAW FIRM
10 Roberts Street
PO Box 6017
Fargo, ND 58108-6017
(701) 232-8957
**ATTORNEYS FOR CORNERSTONE BANK CORNERSTONE HOLDING COMPANY, INC., AND BLACKSTONE FINANCIAL, LLC**

## VERIFICATION

I, Dennis H. White, Chairman/CEO/Agent for Cornerstone Bank, Cornerstone Holding Company, Inc., and Blackstone Financial, LLC, the movant named in the foregoing Notice of Hearing and Motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on April 23rd, 2010.    Signed: _____
By: Dennis H. White
Its: Chairman/CEO/Agent

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>    Dennis E. Hecker,<br><br>                  Debtor.<br>_____<br>Mackall, Crounse & Moore, PLC,<br><br>                  Plaintiff,<br><br>    vs.<br><br>Dennis e. Hecker; Chrysler Financial Services Americas LLC; Toyota Motor Credit Corporation; Toyota Financial Savings Bank; Inver Grove Motors, LLC d/b/a Denny Hecker's Inver Grove Toyota; Jacob Holdings of Highway 110 LLC; Jacob Holdings of Akron Avenue, LLC; and Randall Seaver,<br><br>                  Defendants. | **Bankruptcy Case No.** 09-50779<br>**Chapter 7**<br><br>The Honorable Robert J. Kressel<br><br><br>**Adversary No. 10-05015** |

## CORNERSTONE BANK, CORNERSTONE HOLDING COMPANY, INC., AND BLACKSTONE FINANCIAL, LLC'S ANSWER TO INTERPLEADER COMPLAINT

CornerStone Bank, CornerStone Holding Company, Inc., and Blackstone Financial, LLC, hereinafter referred to as "CornerStone" for its answer to the interpleader Complaint in the above entitled matter, hereby respectfully states and alleges to the court as follows:

    1.    Unless otherwise admitted, qualified or explained, CornerStone denies each and every allegation of the interpleader Complaint and holds the Plaintiff to the strictest proof thereof.

1

**EXHIBIT A**

2. CornerStone admits the all of the allegations as contained in the Complaint.

3. CornerStone asserts that it is an indispensible party to the above referred to litigation and assert that it has an interest in the proceeds received from the sale of the Debtor's interests in Inver Grove Motors, LLC, d/b/a Denny Hecker's Inver Grove Toyota and Jacob Holdings of Highway 110 LLC; and Jacob Holdings of Akron Avenue, LLC.

4. That on or about December 15, 2008, CornerStone was granted a security interest in Denny Hecker's general intangibles.

5. Pursuant to Minn. Stat. § 336.8-103, CornerStone's security interests in Denny Hecker's general intangibles extends to Denny Hecker's membership interests in Inver Grove Motors, LLC, d/b/a Denny Hecker's Inver Grove Toyota; Jacob Holdings of Highway 110 LLC; and Jacob Holdings of Akron Avenue, LLC.

6. CornerStone Bank assert that surplus proceeds that the estate will receive from the sale of Denny Hecker's interests in Inver Grove Motors, Jacob Holdings of Highway 110 and Jacob Holdings of Akron is subject to the lien of CornerStone.

7. That CornerStone's lien is superior and paramount to that of Chrysler Financial Services and the Trustee, Randall Seaver.

WHERFORE, CornerStone respectfully requests that this Court enter judgment in favor of CornerStone and against all of the other Defendants:

1. Decreeing that CornerStone's interests in all surplus proceeds the Plaintiff has received from the sale of Denny Hecker's interests in Inver Grove Motors, Jacob

Holdings of Highway 110, and Jacob Holdings of Akron is superior and paramount to the interests of any and all Defendants;

2. Court order that all proceeds in the possession of the Plaintiff be surrendered and tendered to CornerStone;

3. For an order authorizing and reserving unto CornerStone all of the affirmative defenses as set forth in Federal Rules of Civil Procedure Rule 8(c);

4. For an order authorizing CornerStone to amend its answer upon the completion of discovery;

5. Awarding CornerStone such other and further and relief as this Court deems just and equitable.

Dated this _____ day of April, 2010.

Brad A. Sinclair (#0161652), of
SERKLAND LAW FIRM
10 Roberts Street
PO Box 6017
Fargo, ND 58108-6017
(701) 232-8957
**ATTORNEYS FOR CORNERSTONE BANK CORNERSTONE HOLDING COMPANY, INC., AND BLACKSTONE FINANCIAL, LLC**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: ) | |
| ) | **Bankruptcy Case No.** 09-50779 |
| Dennis E. Hecker, ) | **Chapter 7** |
| ) | |
| Debtor. ) | The Honorable Robert J. Kressel |
| _____ ) | |
| Mackall, Crounse & Moore, PLC, ) | |
| ) | **Adversary No. 10-05015** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Dennis e. Hecker; Chrysler Financial ) | |
| Services Americas LLC; Toyota Motor ) | |
| Credit Corporation; Toyota Financial ) | |
| Savings Bank; Inver Grove Motors, ) | |
| LLC d/b/a Denny Hecker's Inver Grove ) | |
| Toyota; Jacob Holdings of Highway ) | |
| 110 LLC; Jacob Holdings of Akron ) | |
| Avenue, LLC; and Randall Seaver, ) | |
| ) | |
| Defendants. ) | |

## BRIEF IN SUPPORT OF MOTION TO INTERPLEAD AS A DEFENDANT

## FACTUAL SUMMARY

1. The Plaintiff has a Complaint for Interpleader.

2. CornerStone Bank asserts an interest in the proceeds in the possession of the Plaintiff.

3. CornerStone desire to interplead in the above entitled matter.

## LAW AND ARGUMENT

## CORNERSTONE BANK SHOULD BE ALLOWED TO INTERPLEAD IN THE ABOVE ENTITLED MATTER

CornerStone asserts an interest in the proceeds that the Plaintiff has in its possession from the sale of Denny Hecker's interest in Inver Grove Motors, LLC d/b/a Denny Hecker's Inver Grove Toyota; Jacob Holdings of Highway 110 LLC; and Jacob Holdings of Akron Avenue, LLC, hereinafter referred to as "Hecker Entities". CornerStone's interest arises from the Debtor granting CornerStone a security interest on or about December 15, 2008, in Denny Hecker's general intangibles. Pursuant to Minn. Stat. § 336.8-103, proceeds received from the sale of interest in a limited liability company is a general intangible. Proceeds that Mackall, Crounse & Moore are holding in their possession concern the sale of Denny Hecker's interests in the Hecker Entities. The funds are subject to CornerStone's security interests. CornerStone's security interests are identical to that of Chrysler Financial Services except CornerStone's interests are superior to Chrysler.

For the reasons cited herewithin, this Court grant CornerStone's motion to interplead in the above entitled matter.

## CONCLUSION

This Court should grant CornerStone's motion to interplead in the above entitled matter.

Dated this 23rd day of April, 2010.

/s/ Brad A. Sinclair
Brad A. Sinclair (#0161652), of
SERKLAND LAW FIRM
10 Roberts Street
PO Box 6017
Fargo, ND 58108-6017
(701) 232-8957
**ATTORNEYS FOR
CORNERSTONE BANK
CORNERSTONE HOLDING
COMPANY, INC., AND
BLACKSTONE FINANCIAL,
LLC**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>    Dennis E. Hecker,<br><br>           Debtor. | **Bankruptcy Case No.** 09-50779<br>**Chapter 7**<br><br>The Honorable Robert J. Kressel |
| Mackall, Crounse & Moore, PLC,<br><br>           Plaintiff,<br><br>vs.<br><br>Dennis e. Hecker; Chrysler Financial Services Americas LLC; Toyota Motor Credit Corporation; Toyota Financial Savings Bank; Inver Grove Motors, LLC d/b/a Denny Hecker's Inver Grove Toyota; Jacob Holdings of Highway 110 LLC; Jacob Holdings of Akron Avenue, LLC; and Randall Seaver,<br><br>           Defendants. | **Adversary No. 10-05015** |

## AFFIDAVIT OF SERVICE BY MAIL

Sherry Michelson, being duly sworn, deposes and says that she is a resident of the City of Moorhead, State of Minnesota, is of legal age; and that she served the within

1. Notice of Motion to Intervene as a Defendant in the Above Entitled Matter;
2. Motion to Intervene as Defendant;
3. Brief in Support of Motion to Interplead as a Defendant; and
4. Proposed Order

thereof in an envelope addressed as follows, to-wit:

Dennis E. Hecker
PO Box 1017
Crosslake, MN 56442

Chrysler Financial Services Americas LLC
30600 Telegraph Rd, Ste 2345
Bingham Farms, MI 48025

Toyota Motor Credit Corporation
19001 South Western Ave
Torrance, CA 90501

Toyota Financial Savings Bank
2485 Village View Dr, Ste 220
Henderson, NV 89074

Inver Grove Motors LLC
d/b/a Denny Hecker's Inver Grove Toyota
500 Ford Rd
Minneapolis, MN 55426

Jacob Holdings of Highway 110 LLC
500 Ford Rd
Minneapolis, MN 55426

Jacob Holdings of Akron Avenue, LLC
500 Ford Rd
Minneapolis, MN 55426

Randall L. Seaver
Fuller, Seaver & Ramette, P.A.
12400 Portland Ave S, Ste 132
Burnsville, MN 55337

Andrew Paul Moratzka
Mackall, Crounse & Moore
1400 AT&T Tower
901 Marquette Ave
Minneapolis, MN 55402

and depositing the same with postage prepaid in the United States mail at Fargo, North Dakota.

    To the best of affiant's knowledge, the address above given is the actual post office address of the party intended to be so served. The above document was mailed in accordance with the provisions of the Minnesota Rules of Civil Procedure.

_____
Sherry Michelson

Subscribed and sworn to before me this 26th day of April, 2010.

_____
Notary Public

CARMEN D. ROHR
Notary Public
State of North Dakota
My Commission Expires Mar. 25, 2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>    Dennis E. Hecker,<br><br>                  Debtor.<br>_____<br>Mackall, Crounse & Moore, PLC,<br><br>                  Plaintiff,<br><br>    vs.<br><br>Dennis e. Hecker; Chrysler Financial Services Americas LLC; Toyota Motor Credit Corporation; Toyota Financial Savings Bank; Inver Grove Motors, LLC d/b/a Denny Hecker's Inver Grove Toyota; Jacob Holdings of Highway 110 LLC; Jacob Holdings of Akron Avenue, LLC; and Randall Seaver,<br><br>                  Defendants. | **Bankruptcy Case No.** 09-50779<br>**Chapter 7**<br><br>The Honorable Robert J. Kressel<br><br>**Adversary No. 10-05015** |

## **ORDER**

CornerStone Bank filed a motion to interplead in the above entitled matter. The court having reviewed the filing, the pleadings, and no objections having been filed;

IT IS HEREBY ORDERED that CornerStone is allowed to interplead as a Defendant in the above entitled matter.

Dated this _____ day of _____, 2010.

                                                      _____
                                                    Robert J. Kressel
                                                    Judge of the United States
                                                    Bankruptcy Court